IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-81-BO

| | |
|---|---|
| TYLER BROSIUS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABBOTT BUS LINES, INC. d/b/a )<br>ABBOTT TRAILWAYS, *et al.*, )<br>)<br>Defendants. ) | O R D E R |

This cause comes before the Court following a hearing before the undersigned on October 26, 2017, at Raleigh, North Carolina. For the reasons discussed at the hearing, the parties are DIRECTED to file a stipulation of dismissal as to defendant Trailways within fourteen (14) days of the date of entry of this order. The oral motion to seal the letter filed at docket entry sixty-seven [DE 67] is GRANTED. This matter will be set for trial during the Court's February 2018 term and a pretrial conference shall be held not later than January 15, 2018.

SO ORDERED, this 26 day of October, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE